## (November 25, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SPERO, Appellant.— Amended judgment of the County Court, Suffolk County,

rendered May 21, 1974, affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Shapiro, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.